IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERALD LYNCH, JR.,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                            Case No. 14-cv-777-jdp

DANE COUNTY,
STATE OF WISCONSIN and
JON/JANE DOE,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice under *Heck v. Humphrey*, 512 § U.S. 477 (1994).

    /s/                                                        8/26/2015

    Peter Oppeneer, Clerk of Court                    Date